THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL S. McGRATH,<br><br>          Plaintiff,<br><br>   v.<br><br>SYSTIME COMPUTER CORPORATION,<br><br>          Defendant. | NO. 2:13-cv-00822-RSL<br><br>STIPULATED ORDER FOR EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>**Note on Motion Calendar: May 15, 2013** |

## STIPULATION

Defendant SYSTIME Computer Corporation filed a notice of removal from the King County Superior Court on May 9, 2013.  SYSTIME has not yet filed an answer in this matter. Pursuant to FRCP 81(c)(2), SYSTIME's answer is due May 16, seven days after the notice of removal was filed.  The parties have agreed to a one-week extension to May 23, 2013 for SYSTIME to file its answer or otherwise respond.  This extension will not otherwise affect the schedule in this case.

//

//

//

//

STIPULATED ORDER FOR EXTENSION OF DEADLINE TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(NO. 2-13-CV-00822 RSL) - 1
5609/001/270177.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 ● FAX 206.682.2992

DATED this 17th day of May, 2013.

TOUSLEY BRAIN STEPHENS PLLC


By: /s/Chase C. Alvord
    Chase C. Alvord, WSBA #26080
    calvord@tousley.com
    1700 Seventh Ave, Ste 2200
    Seattle, WA 98101
    P: 206-682-5600
    F: 206-682-2992
    *Attorneys for Defendant*


ELLIS, LI & McKINSTRY PLLC


By: /s/Chad Allred
    Chad Allred, WSBA #28424
    callred@elmlaw.com
    2025 First Ave, Penthouse A
    Seattle, WA 98121
    P: 206-682-0565
    F: 206-625-1052
    *Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

DATED this 16th day of May, 2013.


THE HONORABLE ROBERT LASNIK

STIPULATED ORDER FOR EXTENSION OF DEADLINE TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(NO. 2-13-CV-00822 RSL) - 2
5609/001/270177.1