THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL S. McGRATH,<br><br>    Plaintiff,<br><br>    v.<br><br>SYSTIME COMPUTER CORPORATION,<br><br>    Defendant. | NO. 2:13-cv-00822-RSL<br><br>STIPULATED ORDER FOR EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>**Note on Motion Calendar: May 15, 2013** |

**STIPULATION**

Defendant SYSTIME Computer Corporation filed a notice of removal from the King County Superior Court on May 9, 2013. SYSTIME has not yet filed an answer in this matter. Pursuant to FRCP 81(c)(2), SYSTIME's answer is due May 16, seven days after the notice of removal was filed. The parties have agreed to a one-week extension to May 23, 2013 for SYSTIME to file its answer or otherwise respond. This extension will not otherwise affect the schedule in this case.

//
//
//
//

---

STIPULATED ORDER FOR EXTENSION OF DEADLINE TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(NO. 2-13-CV-00822 RSL) - 1
5609/001/270177.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | DATED this 17th day of May, 2013. |
| 2 | TOUSLEY BRAIN STEPHENS PLLC |
| 3 | |
| 4 | By: */s/Chase C. Alvord* |
| | Chase C. Alvord, WSBA #26080 |
| 5 | calvord@tousley.com |
| | 1700 Seventh Ave, Ste 2200 |
| 6 | Seattle, WA 98101 |
| | P: 206-682-5600 |
| 7 | F: 206-682-2992 |
| | *Attorneys for Defendant* |

ELLIS, LI & McKINSTRY PLLC

By: */s/Chad Allred*
Chad Allred, WSBA #28424
callred@elmlaw.com
2025 First Ave, Penthouse A
Seattle, WA 98121
P: 206-682-0565
F: 206-625-1052
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED this 16th day of May, 2013.

*/s/ M S Lasnik*
THE HONORABLE ROBERT LASNIK

---

STIPULATED ORDER FOR EXTENSION OF DEADLINE TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(NO. 2-13-CV-00822 RSL) - 2
5609/001/270177.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992